DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDRE CLEMENTS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0871

[March 12, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest Albert Kollra, Jr., Judge; L.T. Case No. 21010419CF10A.

Sean Conway, Deland, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard Valuntas, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***